**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| KELLY BECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-650 |
| | ) | |
| SHEPARD AND ASSOCIATES, LLC; and | ) | Hon. Hala Y. Jarbou |
| COMPATTIA ROCCIA MANAGEMENT | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFAULT JUDGMENT AND JUDGMENT**

THIS CAUSE having come before the Court to consider, Plaintiff's, KELLY BECK, Motion for Default Judgment against Defendants, SHEPARD AND ASSOCIATES, LLC and COMPATTIA ROCCIA MANAGEMENT GROUP, LLC, and upon consideration and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Default Judgment is granted and it is **FURTHER ORDERED** that Plaintiff, KELLY BECK, recover from Defendants, SHEPARD AND ASSOCIATES, LLC and COMPATTIA ROCCIA MANAGEMENT GROUP, LLC, both jointly and severally, the following amount plus any applicable interest:

        $1,000.00 in statutory damages for violations of the FDCPA
        $ 150.00 in statutory damages for violations of the MOC
        $4,813.30 in attorneys' fees
        $ 524.20 in costs
        ————————————
        **$6,487.50 TOTAL**

ENTERED: 2/8/2021         /s/ HALA Y. JARBOU
                                            Hala Y. Jarbou
                                            United States District Judge